UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHAUNA CRAWLEY, et al., )
)
    Plaintiffs )
)
v. ) Case No. 3:12cv252
)
CAVALRY PORTFOLIO SERVICES, LLC, et al. )
)
    Defendants. )

## DEFENDANTS' MOTION TO COMPEL ARBITRATION

The defendants, Cavalry Portfolio Services, LLC, Cavalry Investments, LLC, Cavalry SPV I, LLC and Cavalry SPV II, LLC, move this Court to compel arbitration in this matter. The grounds for this Motion are set forth in the accompanying memorandum of law.

WHEREFORE, Cavalry Portfolio Services, LLC, Cavalry Investments, LLC, Cavalry SPV I, LLC and Cavalry SPV II, LLC request this Court enter an order compelling arbitration of the Plaintiffs' claims, dismissing the Amended Complaint without prejudice, and providing such other relief as the Court deems proper.

                      CAVALRY PORTFOLIO SERVICES, LLC, et al.,

                      By Counsel

/s/ Mark R. Colombell
Mark R. Colombell, VSB No. 48183
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
Email: mcolombell@t-mlaw.com
Email: bmusick@t-mlaw.com
*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

>Matthew J. Erausquin, Esq.
>Janelle E. Mason, Esq.
>Consumer Litigation Associates, P.C.
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Email: matt@clalegal.com
>Email: Janelle@clalegal.com
>
>Leonard Anthony Bennett, Esq.
>Consumer Litigation Associates
>763 J Clyde Morris Boulevard, Suite 1A
>Newport News, VA 23601
>Email: lenbennett@clalegal.com

/s/
Mark R. Colombell, Esq. (VSB #48183)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Phone (804) 698-6251
Fax (804) 780-1813
Email: mcolombell@t-mlaw.com
*Counsel for the Defendants*