UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHAUNA CRAWLEY, et al., | ) |
| Plaintiffs | ) ) ) |
| v. | ) Case No. 3:12cv252 |
| CAVALRY PORTFOLIO SERVICES, LLC, et al. | ) ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS

Cavalry Portfolio Services, LLC, Cavalry Investments, LLC, Cavalry SPV I, LLC and Cavalry SPV II, LLC (collectively referred to as the "Defendants") move this Court to dismiss Counts Nine and Ten of the First Amended Complaint pursuant Rule 12(b)(6) of the Federal Rules of Civil Procedure for the reasons set forth in the accompanying memorandum of law.

WHEREFORE, the Defendants request this Court to dismiss Counts Nine and Ten of the First Amended Complaint with prejudice for failing to state a cause of action upon which relief can be granted.

CAVALRY PORTFOLIO SERVICES, LLC, et al.,

By Counsel

/s/ Mark R. Colombell
Mark R. Colombell, VSB No. 48183
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
Email: mcolombell@t-mlaw.com
Email: bmusick@t-mlaw.com
*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

>Matthew J. Erausquin, Esq.
>Janelle E. Mason, Esq.
>Consumer Litigation Associates, P.C.
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Email: matt@clalegal.com
>Email: Janelle@clalegal.com
>
>Leonard Anthony Bennett, Esq.
>Consumer Litigation Associates
>763 J Clyde Morris Boulevard, Suite 1A
>Newport News, VA 23601
>Email: lenbennett@clalegal.com

_____/s/_____
Mark R. Colombell, Esq. (VSB #48183)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Phone (804) 698-6251
Fax (804) 780-1813
Email: mcolombell@t-mlaw.com
*Counsel for the Defendants*