UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond DIVISION

Chauna Crawley, et al.

vs.                                        Civil/Criminal Action No. 3:12cv252

Cavalry Portfolio Services, LLC, et al.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
Cavalry Investments, LLC
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

August 14, 2012
Date

Signature of Attorney or Litigant
Counsel for Defendants

*Note: Under L.R. 7.1(A), this form is to be filed in duplicate with the Clerk of Court.*

Rev. 7/14/04

## CERTIFICATE OF SERVICE

I certify that on August 14, 2012, I electronically filed the foregoing Financial Interest Disclosure Statement with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

> Matthew J. Erausquin, Esq.
> Janelle E. Mason, Esq.
> Consumer Litigation Associates, P.C.
> 1800 Diagonal Road, Suite 600
> Alexandria, VA 22314
> Email: matt@clalegal.com
> Email: Janelle@clalegal.com
>
> Leonard A. Bennett, Esq.
> Consumer Litigation Associates, P.C.
> 763 J. Clyde Morris Boulevard, Suite 1-A
> Newport News, VA 23601
> Email: lenbennett@clalegal.com
> *Counsel for Plaintiff*

_____
Mark R. Colombell, Esq. (VSB #48183)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Phone (804) 698-6251
Fax (804) 780-1813
Email: mcolombell@t-mlaw.com
*Attorney for the Defendants*

Rev. 7/14/04