UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHAUNA CRAWLEY, et al.,                    )
                                           )
        Plaintiffs                         )
                                           )
v.                                         )  Case No. 3:12cv252
                                           )
CAVALRY PORTFOLIO SERVICES, LLC, et al,    )
                                           )
        Defendants.                        )

NOTICE OF APPEARANCE

COMES NOW John B. Thompson, Esq. and notes his appearance as additional counsel

for Defendants Cavalry Portfolio Services, LLC, Cavalry Investments, LLC, Cavalry SPV I,

LLC and Cavalry SPV II, LLC.  Copies of all future pleadings and notices should be provided to

the following:

> John B. Thompson
> *Thompson*McMullan, P.C.
> 100 Shockoe Slip
> Richmond, VA 23219
> Phone 804-698-6202
> Fax 804-780-1813
> Email:  jthompson@t-mlaw.com

_____/s/_____
John B. Thompson, Esq., VSB No. 5972
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, VA 23219
Phone 804-698-6202
Fax 804-780-1813
Email:  jthompson@t-mlaw.com

CERTIFICATE OF SERVICE

I certify that on this 14th day of August, 2012, I filed the foregoing Notice of Appearance

on the Court's CM/ECF system which will serve a copy of this pleading on all parties entitled

thereto.


      /s/
John B. Thompson, Esq., VSB No. 5972
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, VA 23219
Phone 804-698-6202
Fax 804-780-1813
Email:  jthompson@t-mlaw.com
*Counsel for Defendants*