IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHAUNA CRAWLEY,
et al.,

    Plaintiff,

v.                              Civil Action No. 3:12cv252

CAVALARY PORTFOLIO
SERVICES, LLC,

    Defendant.

## ORDER

Having conferred with counsel at the Initial Pretrial Conference on August 15, 2012, it is hereby ORDERED that the plaintiffs shall file their reply to DEFENDANTS' MOTION TO COMPEL ARBITRATION (Docket No. 21) and the defendants' MOTION TO DISMISS (Docket No. 24) on August 28, 2012 and the defendants shall file their replies on September 12, 2012. Oral argument on both motions shall be held at 2:00 p.m. on September 27, 2012.

    It is so ORDERED.

                                        /s/      /REP/
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: August 17, 2012