UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| CHAUNA CRAWLEY, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No. 3:12cv252 |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' WITHDRAWAL OF THEIR MOTION TO COMPEL ARBITRATION**

The Defendants previously moved this Court to compel arbitration.  After reviewing affidavits from the Plaintiffs, the Defendants acknowledge that material facts appear to be in dispute regarding the receipt and acceptance of the arbitration provisions.  As a result, the Defendants have agreed to withdraw their motion to compel arbitration.  On September 4, 2012, the Plaintiffs advised the Defendants that they do not object to the Defendants' withdrawal of the motion to compel arbitration.  On September 4, 2012, the Defendants sent the Plaintiffs an original Agreed Order Resolving the Motion to Compel Arbitration (the "Agreed Order").  The Defendants anticipate the Plaintiffs will submit the Agreed Order to the Court for entry shortly.

WHEREFORE, the Defendants request this Court to grant the Defendants' motion to withdraw their motion to compel arbitration.

Respectfully submitted,

CAVALRY PORTFOLIO SERVICES, LLC, et al.,

By Counsel

_____/s/ Mark R. Colombell_____

Mark R. Colombell, VSB No. 48183
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Phone 804-649-7545
Fax 804-780-1813
Email: mcolombell@t-mlaw.com
Email: bmusick@t-mlaw.com
*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 12, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties entitled to receipt thereof, including the following counsel of record:

Matthew J. Erausquin, Esq.                     Leonard Anthony Bennett, Esq.
Janelle E. Mason, Esq.                         Consumer Litigation Associates
Consumer Litigation Associates, P.C.           763 J Clyde Morris Boulevard, Suite 1A
1800 Diagonal Road, Suite 600                  Newport News, VA 23601
Alexandria, VA 22314                           Email:  lenbennett@clalegal.com
Email:  matt@clalegal.com
Email:  Janelle@clalegal.com

_____/s/_____

Mark R. Colombell, VSB No. 48183
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Phone 804-649-7545
Fax 804-780-1813
Email: mcolombell@t-mlaw.com
Email: bmusick@t-mlaw.com
*Counsel for the Defendants*