AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
SEP 13 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Chauna Crawley, et al.
_Plaintiff(s)_

v.

Cavalry Portfolio Services, LLC, et al.
_Defendant(s)_

Civil Action No. 3:12cv252

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Cavalry Portfolio Services, LLC
SERVE: The Corporation Trust, Inc.
351 West Camden Street
Baltimore, MD 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Janelle E. Mason
Consumer Litigation Associates, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

Amended Complaint

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 17 2012

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:12cv252

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mark R. Colombell, Attorney**
was received by me on *(date)* **8-27-12**.

☒ I personally served the summons on the individual at *(place)* **100 Shockoe Slip, Richmond, VA 23219** on *(date)* **8-27-12**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8-27-12**

Server's signature

**E. C. Tutwiler**
Printed name and title

Server's address

Additional information regarding attempted service, etc:

## The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

08/29/12

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Chauna Crawley, et al | **Court:** | United States District Court |
| **Defendant:** | Cavalry Portfolio Services, LLC, et al | **Case:** | 3:12cv252 |
| **Serve:** | Cavalry Portfolio Services, LLC<br>The Corporation Trust, Inc.<br>351 W Camden St., Baltimore, MD<br>, VA | **Return Date:**<br>**Time:** | |
| **Contact:** | Janelle E. Mason<br>1800 Diagonal Road, Suite 600<br><br>Alexandria, VA 22314 | **Phone:** | 7032737770 |

**Type(s) of Writ(s)**      paper:1476179

Summons and Complaint

Witness/Defendant Cavalry Portfolio Services, LLC was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, Eugene C. Tutwiler_____ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 08/27/12      **Served Time:** 11:54 AM

_____
Signature of Process Server

**Notary**
**State of:** Virginia      **County/City of:** Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this ___ day of Aug/Sep 20 12

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 281187 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS** Mark Colombell, attorney - Served to Mark R. Colombell, ThompsonMcMullan, PC, 100 Shockoe Slip, 3rd Fl., Richmond VA 23219



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E D
SEP 13 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | ) |
|---|---|
| Chauna Crawley, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:12cv252 |
| Cavalry Portfolio Services, LLC, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cavalry Investments, LLC
CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Janelle E. Mason
Consumer Litigation Associates, PC
1800 Diagonal Road, Suite 600    *amended complaint*
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 16 2012

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:12cv252

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mark R. Colombell, Attorney,**
was received by me on *(date)* **8-27-12**.

☒ I personally served the summons on the individual at *(place)* **100 Shockoe Slip, Richmond, VA 23219** on *(date)* **8-27-12** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8-27-12**

_____
Server's signature

**R C Tutwiler**
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**The Marston Agency, Inc.** 08/29/12
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Chauna Crawley, et al | **Court:** | United States District Court |
| **Defendant:** | Cavalry Portfolio Services, LLC, et al | **Case:** | 3:12cv252 |
| **Serve:** | Calvary Investments, LLC<br>CT Corp., R/A<br>4701 Cox Rd, Ste. 301<br>Glen Allen, VA 23060 | **Return Date:**<br>**Time:** | |
| **Contact:** | Janelle E. Mason<br>1800 Diagonal Road, Suite 600<br><br>Alexandria, VA 22314 | **Phone:** | 7032737770 |

**Type(s) of Writ(s)** paper:1476180

Summons and Complaint

Witness/Defendant Calvary Investments, LLC was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, Eugene C. Tutwiler _____ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 08/27/12   **Served Time:** 11:54 AM

_____
Signature of Process Server

**Notary**
**State of:** Virginia   **County/City of:** Henrico, Norfolk, Prince William.
I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this 29 day of Aug/Sep 20 12
Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 281187 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS** Mark Colombell, attorney - Served to Mark R. Colombell, ThompsonMcMullan, PC, 100 Shockoe Slip, 3rd Fl., Richmond VA 23219



) 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E D
SEP 1 3 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Chauna Crawley, et al.
*Plaintiff(s)*

v.   Civil Action No. 3:12cv252

Cavalry Portfolio Services, LLC, et al.
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cavalry SPV I, LLC
CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Janelle E. Mason
Consumer Litigation Associates, PC    amended complaint
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  AUG 16 2012

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:12cv252

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mark R. Colombell, Attorney
was received by me on *(date)* 8-27-12.

☒ I personally served the summons on the individual at *(place)* 100 Shockoe Slip
Richmond, VA 23219 on *(date)* 8-27-12 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-27-12

_____
Server's signature

RC Tutwiler
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc:

**The Marston Agency, Inc.**  08/29/12
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Chauna Crawley, et al | **Court:** | United States District Court |
| **Defendant:** | Cavalry Portfolio Services, LLC, et al | **Case:** | 3:12cv252 |
| **Serve:** | Calvary SPV I, LLC<br>CT Corp., R/A<br>4701 Cox Rd, Ste 301<br>Glen Allen, VA 23060 | **Return Date:**<br>**Time:** | |
| **Contact:** | Janelle E. Mason<br>1800 Diagonal Road, Suite 600<br><br>Alexandria, VA 22314 | **Phone:** | 7032737770 |

**Type(s) of Writ(s)**  paper:1476184

Summons and Complaint

Witness/Defendant Calvary SPV I, LLC was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, Eugene C. Tutwiler _____ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 08/27/12  **Served Time:** 11:54 AM

Signature of Process Server

**Notary**
**State of:** Virginia  **County/City of:** Henrico, Norfolk, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this ___ day of Aug/Sep 20 12.

Notary Public: _____

Type of Service: A  Auth Attempts: 1  Order: 281187  1 Day Rush: No  2 Day Rush: No

| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS** Mark Colombell, attorney - Served to Mark R. Colombell, ThompsonMcMullan, PC, 100 Shockoe Slip, 3rd Fl., Richmond VA 23219



LESLIE LEAGUE
NOTARY PUBLIC
REG # 315735
MY COMMISSION EXPIRES
11/30/2013
COMMONWEALTH OF VIRGINIA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
SEP 13 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Chauna Crawley, et al.
*Plaintiff(s)*

v.                                      Civil Action No. 3:12cv252

Cavalry Portfolio Services, LLC, et al.
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cavalry SPV II, LLC
The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Janelle E. Mason
Consumer Litigation Associates, PC        *amended complaint*
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 16 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:12cv252

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mark R. Colombell, Attorney**
was received by me on *(date)* **8-27-12**.

☒ I personally served the summons on the individual at *(place)* **100 Shockoe Slip Richmond, VA 23219** on *(date)* **8-27-12**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8-27-12**

Server's signature

**F L Tutwiler**
Printed name and title

Server's address

Additional information regarding attempted service, etc:

# The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

08/29/12

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Chauna Crawley, et al | **Court:** | United States District Court |
| **Defendant:** | Cavalry Portfolio Services, LLC, et al | **Case:** | 3:12cv252 |
| **Serve:** | Calvary SPV II, LLC<br>CT Corp, R/A<br>4701 Cox Rd, Ste 301<br>Glen Allen, VA 23060 | **Return Date:**<br>**Time:** | |
| **Contact:** | Janelle E. Mason<br>1800 Diagonal Road, Suite 600<br><br>Alexandria, VA 22314 | **Phone:** | 7032737770 |

_____**Type(s) of Writ(s)**_____paper:1476185

Summons and Complaint

Witness/Defendant Calvary SPV II, LLC was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, Eugene C. Tutwiler_____hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

| **Served Date:** | 08/27/12 | **Served Time:** | 11:54 AM |
|---|---|---|---|

Signature of Process Server

### Notary

| **State of:** | Virginia | **County/City of:** | Henrico, Norfolk, Prince William. |
|---|---|---|---|

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this ____ day of Aug/Sep 20 __

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 281187 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS** Mark Colombell, attorney - Served to Mark R. Colombell, ThompsonMcMullan, PC, 100 Shockoe Slip, 3rd Fl., Richmond VA 23219



LESLIE LEAGUE
NOTARY PUBLIC
REG # 315735
MY COMMISSION EXPIRES 11/30/2013
COMMONWEALTH OF VIRGINIA