UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHAUNA CRAWLEY, et al.,  )
 )
    Plaintiffs,  )
 )
v.  ) Case No. 3:12cv252
 )
CAVALRY PORTFOLIO SERVICES, LLC, et al.  )
 )
    Defendants.  )

## AGREED ORDER RESOLVING MOTION TO COMPEL ARBITRATION

The Defendants moved this Court to compel arbitration. After reviewing affidavits from the Plaintiffs, the Defendants acknowledge that material facts appear to be in dispute regarding the receipt and acceptance of the arbitration provisions. As a result, the Defendants have agreed to withdraw their motion to compel arbitration. The Plaintiffs having consented to the withdrawal of the motion to compel arbitration, and finding it appropriate to do so, it is

ORDERED, ADJUDGED and DECREED that the Defendants' Motion to Compel Arbitration is WITHDRAWN. The Defendants further represent that they shall not move to compel arbitration of this matter at a later time.

September 13, 2012

/s/ REP
United States District Court Judge
Robert E. Payne



I ASK FOR THIS:

_/s/ Mark R. Colombell_
Mark R. Colombell, VSB No. 48183
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
(804) 649-7545
(804) 780-1813 Fax
mcolombell@t-mlaw.com
bmusick@t-mlaw.com
*Counsel for Defendants*

SEEN AND AGREED:

_/s/ Janelle E. Mason_
Leonard A. Bennett, VSB No. 37523
Matthew J. Erausquin, VSB No. 65434
Janelle E. Mason, VSB No. 82389
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 273-7770
(888) 892-3512 Fax
lenbennett@clalegal.com
matt@clalegal.com
janelle@clalegal.com
*Counsel for Plaintiffs*