AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern----------------------- DISTRICT OF ----------------Virginia--------------------
Richmond Division

Chauna Crawley,

      Plaintiff,

v.

Cavalry Portfolio Services, LLC,
Cavalry Investments, LLC, Cavalry SPV I, LLC
and Cavalry SPVII, LLC

      Defendants.

**JUDGMENT IN A CIVIL CASE**
Case number: 3:12cv252

☐ **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒☐ **Decision by Court.** *This action came before the Court on Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment.

  **IT IS ORDERED AND ADJUDGED** that judgment is entered for Plaintiff Chauna Crawley only against the Defendants, jointly and severally, for any and all damages suffered, including, but not limited to, statutory and actual damages, in the amount of $10,000.00, plus costs and reasonable attorney's fees as determined by the Court.

September 26, 2012
Date

FERNANDO GALINDO,
Clerk

_____/s/_____
(By) Deputy Clerk