IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHAUNA CRAWLEY,
et al.,

    Plaintiffs,

v.                                Civil Action No. 3:12cv252

CAVALARY PORTFOLIO
SERVICES, LLC,

    Defendant.

### ORDER

Having reviewed PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE THEIR MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS (Docket No. 51), it is hereby ORDERED that the motion is granted. It is further ORDERED that the plaintiffs shall file their Motion for an Award of Attorneys' Fees and Costs by October 17, 2012.

    It is so ORDERED.

                                              /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: October 10, 2012